In the Matter of LOUIS SCHLEFER, an Attorney, Respondent. ASSOCIATION OF THE BAR OF THE CITY OF NEW YORK, Petitioner.

First Department, June 11, 1943.

*Einar Chrystie* for petitioner.

No appearance for respondent.

*Per Curiam.* On April 26, 1943, the respondent was duly convicted in the Court of General Sessions of the County of New York of the crime of extortion. Said crime is a felony. Pursuant to subdivision 3 of section 88 and section 477 of the Judiciary Law, therefore, he should be disbarred.

MARTIN, P. J., TOWNLEY, UNTERMYER, DORE and COHN, JJ., concur.

Respondent disbarred.